Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Wade Reeves

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WADE REEVES,**<br><br>                    PLAINTIFF,<br>V.<br><br>**NATIONAL ENTERPRISE SYSTEMS, INC.,**<br><br>                    DEFENDANT. | Case No: 1:14-CV-01502-SKO<br><br>NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>HON. SHEILA K. OBERTO |

Plaintiff WADE REEVES hereby moves this Court to dismiss the above entitled action with prejudice.

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action with prejudice.

Dated: December 5, 2014            **HYDE & SWIGART**

                                                          By: s/Crosby S. Connolly
                                                                Crosby S. Connolly
                                                                Attorney for Plaintiff